FILED
CLERK, U.S. DISTRICT COURT

January 21, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ed Hull,<br><br>       Plaintiff,<br><br>   v.<br><br>Vercher 120 LLC, a California Limited Liability Company; and Does 1-10,<br><br>       Defendants. | Case No.: 2:20-cv-11027-SB-AFM<br><br>*Hon. Stanley Blumenfeld, Jr*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  December 4, 2020<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's ("Plaintiff") action against Defendant Vercher 120 LLC, a California Limited Liability Company; ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: 1/21/2021

_____
Stanley Blumenfeld, Jr.
United States District Judge